UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of:

JIMMY W BATES
CATRINA M. BATES

CASE NO. 13-41655
CHAPTER 13

DEBTORS

## MOTION TO DISMISS CASE

Comes Linda B. Gore, Standing Trustee in the above chapter 13 case, and respectfully represents unto this Court, the matters hereinafter checked and moves the Court to dismiss this case out of Court :

1. ( ) (a) Debtors did not commence making the payments proposed by the plan within 30 days after the plan was filed or having commenced payments have failed to continue making such payments. see sec. 1326(a) (1).

   ( ) (b) Debtors did not appear and submit to examination under oath at the meeting of creditors, as required by sec. 343, or at any rescheduled meeting.

2. Debtors are in material default with respect to the terms of the plan or order confirming it, as follows:
   (X) (a) Debtors have failed to make payments to the Trustee as required.

   ( ) (b) Debtors have incurred debts without prior approval of the Trustee.

   ( ) (c) Debtors have failed to pay taxes which have accrued post petition and for which claims have been filed and are due to be allowed but which cannot be paid under the confirmed plan, and the debtors have failed to modify the plan to provide for payment of said claims.

   ( ) (d) There appears to be an arrearage in post petition payments which were to be paid by the debtors or by a third party directly to:

   ( ) (e)

3. ( ) (a) Debtors have failed to file reports as required by sec. 1304 (c).

4. ( ) (a) At a hearing on ___, the Court denied confirmation of the debtors' plan.

5. (X) (a) The plan will not pay out on time.

** Sections refer to Title 11, United States Code.

Case 13-41655-JJR13   Doc 92   Filed 12/02/14   Entered 12/02/14 14:29:30   Desc
Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of:

JIMMY W BATES
CATRINA M. BATES

CASE NO. 13-41655
CHAPTER 13

DEBTORS

## MOTION TO DISMISS CASE

### CASE INFORMATION

| | | |
|---|---|---|
| Employer (D) | : | COOSA VALLEY PROPANE |
| Employer (JD) | : | SYNAFLEX RUBBER PRODUCTS |
| Debtor 1 Paying | : | $196.44 WEEKLY |
| Debtor 2 Paying | : | $196.44 WEEKLY |
| Paid | : | $16,340.48 |
| Owes | : | $85,937.52 |
| Last Amount Paid : | | $392.88 |
| Amount Delinquent : | | $5,979.72 |

Last Date Paid : 09/09/2014
Next Payment Due: 12/06/2014

### VERIFICATION AND CERTIFICATE OF SERVICE

I, Linda B. Gore, declare, under the penalty of perjury, that the foregoing information on the payments by the debtors to me is reflected in my official records as Standing Chapter 13 Trustee and is true and correct and that a copy of the foregoing Motion to Dismiss has been duly served via U.S. mail to the Debtors' name and address listed below, and to the debtors' Attorney of Record, CAMPBELL & CAMPBELL, P.C. via electronic mail at _sharon@campbellandcampbellpc.com_

Debtors: JIMMY W BATES and CATRINA M. BATES
1848 RENFROE ROAD
TALLADEGA, AL 35160

Standing Chapter 13 Trustee
Linda B. Gore,
P. O. BOX 1338
GADSDEN, AL 35902-1338
(256) 546-9262

Done this the 2nd day of December, 2014.