# BENCH SHEET FOR HEARING ON TRUSTEE'S MOTION TO DISMISS

Name: Jimmy W. Bates
      Catrina M. Bates
Case #: 13-41655

Hearing Date: January 7, 2015
Hearing Time: 10:00 am

- [ ] Trustee's Motion to Dismiss is **GRANTED**. The Debtor has no evidence to offer in opposition.

- [ ] Trustee's Motion to Dismiss is **DENIED**.

- [ ] Trustee's **WITHDRAWAL** of Motion to Dismiss is **ACCEPTED**.

- [x] Trustee's Motion to Dismiss is **CONDITIONALLY DENIED**, pending compliance by the Debtor with these requirements:

  1. The Debtor shall make all _weekly (weekly by each)_ (monthly, weekly, biweekly) payments to the Trustee each in the amount of $ _196.44_ that come due during the month of this hearing on or before the last day the Trustee is open for business during said month; and

  2. The Debtor shall make all _weekly (weekly by each)_ (monthly, weekly, biweekly) payments to the Trustee each in the amount of $ _226.00_ that come due during each month commencing with the first month following the month of this hearing on or before the last day of the month the Trustee is open for business thereafter; and

  3. If the Debtor(s) fail(s) to satisfy either of these conditions, during the month of this hearing or during the twelve-month period commencing with the first month following the month of this hearing, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may Grant the Trustee's Motion to Dismiss and may **DISMISS** the case without further notice or hearing.

- [ ] Trustee's Motion to Dismiss is **CONDITIONALLY DENIED**, pending compliance by the Debtor with these requirements:

  1. The Debtor shall pay either (choose one) the ☐ **CASE IN FULL** or the ☐ **FULL DELINQUENCY** by _____; and

  2. If the Debtor fails to pay as stated above by _____, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may Grant the Trustee's Motion to Dismiss and may **DISMISS** the case without further notice or hearing. If the Debtor does cure the delinquency hereunder, the provisions of #2 and #3 above shall apply with regard to the ongoing payments to the Trustee.

- [ ] Trustee shall send a **DIRECTION FOR DEDUCTION**.

- [x] Plan payments are **MODIFIED** to $ _226.00 wkly by each debtor_

- [ ] OTHER: _____

DATE: _1-7-15_

### APPEARANCES

___ Chapter 13 Trustee
___ U.S. Bankruptcy Administrator
___ Debtor  ___ Joint Debtor  ___ Spouse
___ Debtor's Attorney or _____ (standing in)
___ Other _____

_____
Deputy Clerk