UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In re: }
Jimmy W. Bates } CASE NO. 13-41655-JJR
Catrina M. Bates } CHAPTER 13
xxx-xx-3669 }
xxx-xx-6643 }
        DEBTOR(S) }

## ORDER

This matter came before the Court on January 7, 2015 for a hearing on the **Chapter 13 Trustee's Motion to Dismiss Case.**

It is **ORDERED, ADJUDGED, and DECREED** that:

☐ Trustee's Motion to Dismiss is **GRANTED.**
☐ Trustee's Motion to Dismiss is **DENIED.**
☐ Trustee's **WITHDRAWAL** of Motion to Dismiss is **ACCEPTED.**
☒ Trustee's Motion to Dismiss is **CONDITIONALLY DENIED,** pending compliance by the Debtor with these requirements.

1. The debtor shall make all weekly (weekly by each debtor) payments to the trustee each in the amount of $196.44 that come due during the month of this hearing on or before the last day the Trustee is open for business during said month; and

2. The debtor shall make all weekly (weekly by each debtor) payments to the trustee each in the amount of $226.00 that come due during each month commencing with the first month following the month of this hearing on or before the last day of the month the Trustee is open for business thereafter; and

3. If the debtor(s) fail(s) to satisfy either of these conditions, during the month of this hearing or during the twelve-month period commencing with the first month following the month of this hearing, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may Grant the Trustee's Motion to Dismiss and may DISMISS the case without further notice or hearing.

☐ Trustee's Motion to Dismiss is **CONDITIONALLY DENIED,** pending compliance by the Debtor with these requirements.

1 The debtor shall pay either (choose one) the ☐ **CASE IN FULL** or the ☐ **FULL DELINQUENCY** by : and

2. If the debtor fails to pay as stated above by , the trustee may file a Notice of Continuing Default with the court, with copies to the debtor and debtor's attorney, after which the court may grant the Trustee's Motion to Dismiss and may **DISMISS** the case without further notice or hearing. If the debtor does cure the delinquency hereunder, the provisions of #2 and #3 above shall apply with regard to the ongoing payments to the trustee.

☐ Trustee shall send a **DIRECTION FOR DEDUCTION.**
☒ Plan payments are **MODIFIED** to $226.00 weekly (weekly by each debtor)
☐ **OTHER:**

Dated: January 8, 2015

                                                       /s/ James J. Robinson
                                                       JAMES J. ROBINSON
                                                       United States Bankruptcy Judge